AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.
CALEB GIDDION SMITH,
a/k/a "Giddy," et al.

**WARRANT FOR ARREST**

CASE NUMBER: 03-20474CR-GRAHAM

MAGISTRATE JUDGE
GARBER

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___TIMOTHTY WRIGHT___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to import cocaine; and conspiracy to possess with intent to distribute cocaine

FILED by _____ D.C.
MAG. SEC.
JUN 13 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

in violation of Title ___21___ United States Code, Section(s) ___963 and 846___

Clarence Maddox
Name of Issuing Officer

Signature of Issuing Officer

Court Administrator / Clerk of the Court
Title of Issuing Officer

06/13/03, Miami, Fl
Date and Location

**WILLIAM C. TURNOFF**

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

BOND RECOMMENDATION

**TIMOTHY WRIGHT**

$ __PTD__        (Surety, Recognizance, Corp. Surety,
                 Cash)(Jail) (On Bond) (Warrant)
                 (Summons) (Marshals' Custody)

*[signature]*
KIMBERLY A. SELMORE
ASSISTANT UNITED STATES ATTORNEY

Last Known Address:

_____

_____

_____

What Facility _____

Agent:   S/A Robert Hammer
         U.S. CUSTOMS SERVICE